**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **BELFOR USA GROUP, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. C2:05-cv-1023** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **WOODLAND MEADOWS PARTNERS** | : | **Magistrate Judge Abel** |
| **LLC,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## ORDER MOOTING MOTION TO COMPEL (DKT. 139)

This matter is before the Court on Receiver Frederick L. Ransier's Motion to Compel

Production of Documents Pursuant to Amended Order Related to Appointment of Receiver (Dkt.

139). At the telephonic status conference on October 16, 2009, the Counsel for the Receiver,

Brenda K. Bowers, and the Receiver, Mr. Ransier, represented that they had been provided with

either the necessary documents or information in regards to documents that were the subject of

the Motion to Compel. Accordingly, the Motion to Compel is hereby **MOOTED.**


      **IT IS SO ORDERED.**


       **s/Algenon L. Marbley**      
      **ALGENON L. MARBLEY**
      **United States District Court Judge**

**DATED: November 3, 2009**