UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BELFOR USA GROUP, INC.

    Plaintiff,

vs.

WOODLAND MEADOWS
PARTNERS, LLC, et al.,

    Defendants.

Case No. 02:05-cv-1023
Judge Marbley
Magistrate Judge Abel

## STIPULATED CONSENT JUDGMENT

This matter, having come before the Court upon the parties' stipulation of Plaintiff, Belfor USA Group, Inc. ("Belfor") and Defendant Jorge P. Newbery ("Newbery"), and the Court being advised that the parties have agreed on a form of judgment to be entered in favor of Belfor and against Defendant Newbery in lieu of proceeding with Belfor's Motion for Summary Judgment, and the Court, being otherwise fully informed in the matter.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be, and hereby is, entered in favor of Plaintiff, Belfor USA Group, Inc. and against Defendant, Jorge P. Newbery, in the principal amount of $310,866.79.

IT IS FURTHER ORDERED that Plaintiff shall be, and hereby is, entitled to pre-judgment interest at the statutory rate on the principal amount of the Judgment from the date of the filing of this Complaint until the date of the entry of this Judgment.

IT IS FURTHER ORDERED that Plaintiff shall be, and hereby is, entitled to post-judgment interest on the principal amount of the Judgment at the statutory rate from the date of the entry of this Judgment until the Judgment is fully paid, satisfied and discharged.

IT IS FURTHER ORDERED that Plaintiff is entitled to a declaratory judgment and the Court hereby declares that Defendant Newbery is obligated to indemnify Belfor for any future costs, expenses, attorneys fees and settlement costs, if any, incurred by Belfor USA Group, Inc. in defending against claims brought by Integrity Plumbing in litigation pending in Franklin County, Ohio, Case No. 07-CVE-01920.

ALL OF THE ABOVE IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO STIPULATED:

By: /s/ Eric A. Linden
Eric A. Linden (Michigan P33249)
Michelle L. Coakley (Michigan P58749)
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
(T): (248) 351-3000
(F): (248) 351-3082
E-Mail: elinden@jaffelaw.com
E-Mail: mcoakley@jaffelaw.com

*Attorneys for Plaintiff*

/s/ Edward W. Hastie, III
Edward W. Hastie, III
1441 King Avenue, Suite 101
Columbus, OH 43212
(T): (614) 488-2800
(F): (614) 488-2882
E-Mail: ed@hastielegal.com
*Attorneys for Defendant, Jorge P. Newbery*

1950626